Matthew S. Parmet (CSB # 296742
matt@parmet.law
PARMET PC
340 S. Lemon Ave., #1228
Walnut, CA 91789
Phone: 713-999-5228

Michael A. Josephson (Texas Bar No. 24014780)
mjosephson@mybackwages.com
Carl A. Fitz (Texas Bar No. 24105863)
cfitz@mybackwages.com
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel.: 713-352-1100 / Fax: 713-352-3300

Attorneys for Plaintiff JOHN HURLOCKER And
Opt-In Plaintiffs

MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Tel.:  916-840-3150 / Fax:  916-840-3159

Attorneys for Defendant
APTIM Services, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HURLOCKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APTIM SERVICES, LLC,<br><br>    Defendant. | Case No. 3:21-cv-00403-EMC<br><br>**STIPULATION TO DISMISS ACTION AND SUBMIT TO ARBITRATION**<br><br>District Judge:   Hon. Edward M. Chen<br>                         Courtroom 5, San Francisco |

////

////

**TO THE HONORABLE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JOHN HURLOCKER and the Opt-In Plaintiffs Thomas Amedio, Corey Baxley, Adam Birchfield, Andrew Crocker, Christine Donahue, Enrique Gasca, Jason Gratton, Paul Pittman, Jr., Charles Novacek, Brad Rosov, Jack Seaboldt Leonard Cardoza, Ed Hojara, and Matthew Byers ("Plaintiffs") and Defendant APTIM SERVICES, LLC ("Defendant")[1] (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation to Request the Court to Dismiss this Action for Arbitration.

## STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

1. Plaintiffs and Defendant stipulate to pursue this Action in arbitration and request that the Court dismiss this Action pursuant to this stipulation signed by all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (a "plaintiff may dismiss an action without court order by filing … a stipulation of dismissal signed by all parties who have appeared").

2. Defendant filed a motion to compel arbitration on April 2, 2021. [ECF No. 28].  The Parties prepared for and attended a mediation in this matter on August 16, 2021 with experienced wage and hour mediator Michael Russell, and have continued to exchange their respective legal positions and relevant documents since that time.  In lieu of continuing this case in Court, the Parties have agreed Plaintiffs' pending claims will be adjudicated through binding arbitration.

3. The Parties agree that Plaintiffs' claims shall be submitted to arbitration before an Arbitrator agreed upon between the Parties.  This arbitration will provide the exclusive, final, and binding method to resolve Plaintiffs' claims, whether based on federal or state law.  The Parties also agree the Arbitrator's determination shall be enforceable in any court of competent jurisdiction.

4. In light of these agreements, the Parties respectfully request that this Action be

---

[1] Plaintiff was employed by Aptim Environmental & Infrastructure, LLC, and this proposed Order dismisses the matter without prejudice against that entity as well.

dismissed in its entirety, to be pursued in arbitration. Neither party seeks an award of fees or costs from this Court.

     5.    The Parties therefore respectfully request that this Action be dismissed in its entirety, without prejudice, to be submitted to arbitration.

DATED: October 22, 2021

PARMET PC
JOSEPHSON DUNLAP, LLP.

By:   */s/ Carl A. Fitz*
     Matthew S. Parmet
     Michael A. Josephson
     Carl A. Fitz
     Attorneys for Plaintiff
     JOHN HURLOCKER

DATED: October 22, 2021

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:   */s/ Michael J. Nader*
     Michael J. Nader
     Paul M. Smith
     Attorneys for Defendant
     APTIM Services, LLC

**ATTESTATION**

Concurrence in the filing of this document was first obtained by each of the individuals whose electronic signature is recorded above.

1  DATED: October_22, 2021                           PARMET PC
2                                                    JOSEPHSON DUNLAP, LLP.
3
4                                                    By:  */s/ Carl A. Fitz*
                                                          Matthew S. Parmet
5                                                         Michael A. Josephson
                                                          Carl A. Fitz
6                                                         Attorneys for Plaintiff
                                                          JOHN HURLOCKER
7

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Stipulation and Fed. R. Civ. P. 41(a)(1), this Action is dismissed without prejudice to be pursued in arbitration.

(i) The claims of Plaintiff and the Opt-Ins are dismissed without prejudice to be pursued in Arbitration;
(ii) The uncertified Rule 23 claims are dismissed without prejudice to the rights of any putative Rule 23 class members.

IT IS SO ORDERED:

Dated: November 3, 2021



_____
HON. EDWARD M. CHEN
United States District Judge